IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRELL W. BUMPAS, | ) |
| | ) |
| Plaintiff, | ) NO. 3:07-0766 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 223), recommending that Plaintiff Darrell W. Bumpas' motion for leave to amend his complaint (Docket Entry No. 215) be denied. Plaintiff was given an extension to file objections. Plaintiff filed an objection. (Docket Entry No. 238).

Plaintiff's objections are that Plaintiff erroneously named as a defendant Sgt. Frederick Lamont Teague rather than Sgt. Vernon Teague, Metropolitan Government of Nashville had knowledge that the new defendants would be added, and the remaining new defendants were responsible for the actions of the previously named defendants that gave rise to this action.

Upon de novo review, the Court **ADOPTS** the Report and Recommendation and agrees with the Magistrate Judge's analysis that the allegations against the new defendants in Plaintiff's proposed amended complaint do not satisfy Fed. R. Civ. P. 15(c)'s relation back requirements and are therefore time barred.

Accordingly, the Plaintiff's motion for leave to amend his complaint (Docket Entry No. 215) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 26th day of October, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge